Opinion filed December 9,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00167-CV

                                                    __________

 

                                       DALE
MURPHY, Appellant

 

                                                             V.

 

                                         D.A.
MURPHY, Appellee



 

                                   On
Appeal from the 50th District Court

 

                                                             Knox
County, Texas

 

                                                       Trial
Court Cause No. 9289

 



 

                                            M
E M O R A N D U M   O P I N I O N

           
The parties have filed in this court a joint motion to set aside and
remand.  The parties state that they have reached a settlement and request
that the trial court’s judgment be set aside without regard to the merits and that
the cause be remanded to the trial court.  The motion is granted, and the
cause is remanded.

 

                                                                                   
PER CURIAM

December 9, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.